# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
**USA V. EDGAR SAUL PUERTO-BANEGAS**

**CASE NUMBER:** 3:26-cr-00549 JSC

| | | | |
|---|---|---|---|
| **This Case Under Seal?** | **Yes** | **No** ✔ | |
| **Total Number of Defendants:** | **1** ✔ | **2-7** | **8 or more** |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✔ | **OAK** | **SJ** |
| **Is this a potential high-cost case?** | **Yes** | **No** ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✔ | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✔ | |

**Assigned AUSA (Lead Attorney):** Charles F. Bisesto

**Date Submitted:** November 2, 2026

**Comments:**

RESET FORM SAVE PDF